C. A. No. 76-142. STATE *v.* CHERYL HUMES. Motion for release on bail pending appeal is denied as being moot. Bevilacqua C. J. not participating. *Julius C. Michaelson,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

Appeal No. 75-272. CORRADO MARCUCCI *et al. v.* UNITED STATES WINDOW CORPORATION. Motion for extension of time in which to file a brief is denied as being moot. *Donato Andre D'Andrea,* for plaintiffs-appellees. *Winograd, Shine & Zacks, Cary J. Coen,* for defendant-appellant.

Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. Motion for stay, the motion to withdraw as counsel, and the motion to remand are assigned to the calendar for May 5, 1976 at 9:30 a.m. for oral argument. *Breslin, Sweeney & Gordon. Robert H. Breslin, Jr.,* for plaintiff. *George Ajootian,* for defendant.

Appeal No. 76-60. ROBERT J. LACEY *v.* BERNARD J. SIEBER. Motion of defendant to dismiss is denied as being moot. *Albert E. Tondreau, Claude Lefebvre,* for plaintiff. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for defendant.

Appeal No. 76-105. ROLAND BEAUVAIS *et al. v.* NOTRE DAME HOSPITAL AND CARLO DiSTEFANI. This matter comes before the court on motion of the defendant, Carlo DiStefani, to be removed from the appellate proceedings and the motion of plaintiffs to amend their notice of appeal. In reviewing the record, the court finds no entry of a judgment in Superior Court concerning the direction of a verdict for defendant, Carlo DiStefani. Accordingly, the motions are not properly before the court and this case is remanded for the entry of a proper judgment. *John F. McBurney, Matthew J. Zito,* for plaintiffs. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for defendants.